# EXHIBIT I

| Claim 1 | Marco Vent |
|---|---|
| 1. A Z-shaped closure member for mounting a vent cap on a raised seam roof structure, comprising: | The Marco Vent is Z-shaped (see images below) and is explicitly described by Marco as being used for mounting a vent cap on a raised seam roof structure (see https://marcoindustries.com/wp-content/uploads/2026/02/SSV_Standing-Seam-Vent_SM.pdf ). |
| a central member having a front face and a rear face and being formed with ventilation openings; |  |

| | |
|---|---|
| an upper flange extending forwardly from an upper end of said front face approximately orthogonally thereto;<br><br>an upper retainer member extending from a front terminus of said upper flange in an overlying manner relative thereto to a position spaced a predetermined distance rearwardly of the rear face of said central member; |  |



14241618.1

| | |
|---|---|
| an upper tab member extending downwardly therefrom and terminating below said upper retainer member and rearwardly of the rear face of said central member; |   |



14241618.1

| | |
|---|---|
| a lower flange extending rearwardly from a lower end of said front face approximately orthogonally thereto;<br><br>a flexible locking tab extending forwardly from a rear terminus of said lower flange and terminating rearwardly of the rear face of said central member and above said lower flange; and |   |
| wherein the Z-shaped closure member is a continuous unitary structure of one-piece construction. | The closure member of the Marco Vent is shown in the images above as formed in a single piece. |



14241618.1

| Claim 8 | Marco Vent |
|---|---|
| 8. A Z-shaped closure member for mounting a vent cap on a raised seam roof structure, comprising: | The Marco Vent is Z-shaped (see images below) and is explicitly described by Marco as being used for mounting a vent cap on a raised seam roof structure (see https://marcoindustries.com/wp-content/uploads/2026/02/SSV_Standing-Seam-Vent_SM.pdf ). |
| a central member having a front face and a rear face and being formed with ventilation openings; |   |



14241618.1

| | |
|---|---|
| an upper flange integral with said central member and extending forwardly from an upper end of said front face approximately orthogonally thereto;<br><br>an upper retainer member integrally formed with said upper flange and extending from a front terminus of said upper flange in an overlying manner relative thereto to a position spaced a predetermined distance rearwardly of the rear face of said central member; |  |



14241618.1

| | |
|---|---|
| an upper tab member integral with said upper retainer member and extending downwardly therefrom and terminating below said upper retainer member and rearwardly of the rear face of said central member; |  |

a lower flange integral with said central member and extending rearwardly from a lower end of said front face approximately orthogonally thereto;

a flexible locking tab integrally formed with said lower flange and extending forwardly from a rear terminus of said lower flange and terminating rearwardly of the rear face of said central member and above said lower flange; and



| | |
|---|---|
| a filter positioned adjacent the rear face of said central member, said filter being retained in position against said rear face by said upper tab member and said locking tab. |   |