# EXHIBIT J

| Claim 1 | Marco Vent |
|---|---|
| 1. A Z-shaped closure member for mounting a vent cap on a raised seam roof structure, comprising: | The Marco Vent is Z-shaped (see images below) and is explicitly described by Marco as being used for mounting a vent cap on a raised seam roof structure (see https://marcoindustries.com/wp-content/uploads/2026/02/SSV_Standing-Seam-Vent_SM.pdf ). |
| a central member having a front face and a rear face, said central member having ventilation openings formed therein for the passage of air through said central member; |  |

| | |
|---|---|
| an upper flange integral with said central member and extending forwardly from an upper end of said front face approximately orthogonally thereto; |   |
| an upper retainer member integrally formed with said upper flange and extending from a front terminus of said upper flange in an overlying manner relative thereto to a position spaced a predetermined distance rearwardly of the rear face of said central member; | |



14241618.1

| | |
|---|---|
| a lower flange integral with said central member and extending rearwardly in an opposing direction relative to said upper flange from a lower end of said front face approximately orthogonally thereto, said upper retainer member, said central member and said lower flange defining a cavity for the insertion of a filter; and |  |

| | |
|---|---|
| filter retention devices incorporated into said upper and lower flanges to restrain movement of said filter away from said central member when said filter is installed in said cavity. |     |

| Claim 12 | Marco Vent |
| --- | --- |
| 12. A Z-shaped closure member for mounting a vent cap on a raised seam roof structure, comprising: | The Marco Vent is Z-shaped (see images below) and is explicitly described by Marco as being used for mounting a vent cap on a raised seam roof structure (see https://marcoindustries.com/wp-content/uploads/2026/02/SSV_Standing-Seam-Vent_SM.pdf ). |
| a central member having a front face and a rear face and being formed with ventilation openings; |  |



14241618.1

| | |
|---|---|
| an upper flange integral with said central member and extending forwardly from an upper end of said front face approximately orthogonally thereto;<br><br>an upper retainer member integrally formed with said upper flange and extending from a front terminus of said upper flange in an overlying manner relative thereto to a position spaced a predetermined distance rearwardly of the rear face of said central member; |  |

| | |
|---|---|
| a lower flange integral with said central member and extending rearwardly in a direction opposite from said upper flange from a lower end of said front face approximately orthogonally thereto, said upper retainer member, said central member and said lower flange defining a cavity for the insertion of a filter; |   |

| | |
|---|---|
| filter retention devices incorporated into said upper and lower flanges to restrain movement of said filter away from said central member when installed in said cavity; and |  |
| a filter positioned within said cavity adjacent the rear face of said central member, said filter being retained in position against said rear face by said filter retention devices. |  |